**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David R. Norton, SBN 291448
Alison J. Southard, SBN
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
dnorton@porterscott.com
asouthard@porterscott.com

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive, Suite 210
Oroville, CA 95965
TEL: 530.538.7621
FAX: 530.538.6891
EMAIL: bstephens@buttecounty.net

Attorneys for Defendants
COUNTY OF BUTTE and SHERIFF KORY L. HONEA
*(Erroneously sued as Sheriff's Department and Sheriff Koryl Honea)*
**Exempt from Filing Fees Pursuant to Government Code § 6103**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BROWN, | CASE NO. 2:22-CV-01693-CKD |
| Plaintiff, | **ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| v. | |
| COUNTY OF BUTTE, SHERIFF'S DEPARTMENT AND COUNTY OF BUTTE SHERIFF KORYL HONEA, | |
| Defendants. / | Complaint Filed: 09/29/22 |

/ / /

{4883-8128-7052}                                                          1
**[PROPOSED] ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANTS COUNTY OF BUTTE AND SHERIFF KORY L. HONEA TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendants COUNTY OF BUTTE and SHERIFF KORY L. HONEA ("Defendants") filed an unopposed Ex Parte Application for Extension of Time for Defendants to File Responsive Pleading to Plaintiff's Complaint. Having reviewed the matter and considered the arguments of the parties, the Court rules as follows:

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that:

1. The Ex Parte Application for Extension of Time is GRANTED.

2. Defendant's Responsive Pleading to Plaintiff's Complaint is due on November 22, 2023.

**IT IS SO ORDERED.**

Dated: November 1, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE